EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

ELLIOT ENOKI # 1528
First Assistant U.S. Attorney

EDRIC M. CHING # 6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  edric.ching@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 23 2003

at __ o'clock and ___ __ M
WALTER A. Y. H. CHINN, CLERK

Attorney for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR03 00035 SOM |
| Plaintiff, ) | INDICTMENT |
| vs. ) | [21 U.S.C. §846, |
| ) | 21 U.S.C. §841(b)(1)(A)(viii) |
| ROBERT ANCHETA,     (01) ) | and 18 U.S.C. §2] |
| ANALIZA BACANI,     (02) ) | |
| Defendants. ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about January 9, 2003, in the District of Hawaii,

ROBERT ANCHETA and ANALIZA BACANI, the defendants, did knowingly

and intentionally attempt to possess with the intent to

distribute 50 grams or more of methamphetamine, its salts,

isomers, and salts of its isomers, a Schedule II controlled

substance.

All in violation of Title 21, United States Code, §846

and 841(b)(1)(A)(viii) and Title 18, United States Code, §2.

DATED: January 23, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

EDRIC M. CHING
Assistant U.S. Attorneys

2